**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MILENA M. HUGHES, *on behalf of herself and those similarly situated,*<br><br>Plaintiff,<br><br>vs.<br><br>ORION PORTFOLIO SERVICES II, LLC;<br>TRIDENT ASSET MANAGEMENT, LLC;<br>ANURAG SETT;<br>CHITRALEKHA SETT;<br>SUCHITRA VODDHI;<br>TERESA MAUTZ; and<br>JOHN DOES 1 to 10,<br><br>Defendants. | Civil Action No. 2:19-cv-19785-SDW-LDW<br><br><br><u>**STIPULATION OF VOLUNTARY**</u><br><u>**DISMISSAL WITH PREJUDICE**</u> |

The undersigned, being counsel for all parties who have appeared in this action, represent the parties have amicably resolved this matter, and neither Fed. R. Civ. P. 23(e), 23.1(c), 23.2 nor 66 apply to this matter;

Now, therefore, by this stipulation and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff voluntarily dismisses this action with prejudice as to her individual claims and without prejudice as to the claims of the putative class, and without costs.

KIM LAW FIRM LLC
Attorneys for Plaintiff

*s/Yongmoon Kim*

DATED: September 10, 2021          Yongmoon Kim

BARRON & NEWBURGER, P.C.
Attorneys for Defendants

*s/Mitchell L. Williamson*

DATED: September 10, 2021          Mitchell L. Williamson

SO ORDERED:

DATED: September 13, 2021          Susan D. Wigenton, U.S.D.J.